# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157951(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAWAD A. SHAH, M.D., PC, INTEGRATED
HOSPITAL SPECIALISTS, PC, INSIGHT
ANESTHESIA, PLLC, and STERLING
ANESTHESIA, PLLC,
        Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellant.
_____/

SC: 157951
COA: 340370
Genesee CC: 17-108637-NF

On order of the Chief Justice, the motion of the Michigan Health & Hospital Association to file a reply to defendant-appellant's response to its amicus brief is GRANTED. The reply submitted on September 17, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2019



Clerk